IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00152-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PETER JOHNS,

    Defendant.

___

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
___

    Upon petition of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce PETER JOHNS before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

    SO ORDERED this 19th day of April, 2010.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge